# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00863-CR

**Kenneth Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. D-1-DC-09-500100, HONORABLE BOB PERKINS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal in the trial court on December 16, 2010, the completed appellate record was filed on July 11, 2011, and, after one motion for extension of time was granted, appellant's brief was due on September 26, 2011. On September 19, appellant's appointed attorney filed a second motion for extension of time to file appellant's brief and a motion to withdraw as counsel, explaining that he was seeking to withdraw because a policy change had capped non-capital appellate attorney's fees at $2,000. Counsel asserts that compensation under the current fee schedule "is grossly inadequate and will result in the provision of substandard representation on appeal" and violates the code of criminal procedure's requirement that appointed counsel should be paid a reasonable fee based on the time and labor required, complexity of the case, and counsel's experience and ability. *See* Tex. Code Crim. Proc. Ann. art. 26.05(a)

(West Supp. 2010). Counsel has also stated that he will be asking the Office of Court Administration to remove his name from the appointment list for non-capital appeals.

The appeal is therefore abated. The trial court shall conduct a hearing on counsel's motion to withdraw, appoint new counsel, if appropriate, and make appropriate findings and recommendations. A supplemental record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, should be forwarded to the clerk of this Court no later than November 14, 2011. *See* Tex. R. App. P. 38.8(b)(3).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Abated

Filed:   October 5, 2011

Do Not Publish

2